| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Loren A. | 2. Court or Organization<br><br>U.S. Court of Federal Claims, Washington D.C. | 3. Date of Report<br><br>03/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Court of Federal Claims Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>U.S. Court of Federal Claims<br>717 Madison Place, NW<br>Washington D.C. 20439 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Community Advisory Council/Board of Trustees | WETA Public TV & Radio |
| 2. Distinguished Adjunct Professor | Antonin Scalia Law School at George Mason University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Loren A. | 03/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Antonin Scalia Law School, George Mason University | $11,309.98 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Intellectual Property Law Association of Chicago | November 18, 2016 | Chicago, IL | 122nd Annual IPLAC Judges' Dinner | Airfare and Hotel Room |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Loren A. | 03/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Loren A. | 03/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Xerox | C | Dividend | J | T | | | | | |
| 2. Chevron Stock | C | Dividend | J | T | | | | | |
| 3. BB&T IRA - Cash | D | Interest | J | T | | | | | |
| 4. Bank of America Merrill Lynch Fidelity Advisor Financial Svs. | A | Interest | J | T | | | | | |
| 5. Bank of America Merrill Lynch CYTEC Inds. | A | Dividend | J | T | | | | | |
| 6. Bank of America Merrill Lynch Dow Chemical | A | Dividend | J | T | | | | | |
| 7. Bank of America Merrill Lynch Fidenlity Advisory Equity Value | B | Dividend | J | T | | | | | |
| 8. Bank of America Merrill Lynch Equity Growth | A | Dividend | J | T | | | | | |
| 9. Bank of America Merrill Lynch Northrop Grumman Corp. Holding | A | Dividend | J | T | | | | | |
| 10. Bank of America Merrill Lynch Praxair | A | Dividend | K | T | | | | | |
| 11. Bank of America Merrill Lynch Southern Co. | A | Dividend | J | T | | | | | |
| 12. Fidelity A.E. Fidelity Technology | A | Dividend | J | T | | | | | |
| 13. Fidelity A.E. Hartford Mid Cap Class A | A | Dividend | K | T | | | | | |
| 14. Fidelity A.E. Columbia High Income | B | Interest | K | T | | | | | |
| 15. Fidelity A.E. Columbia Cash Reserves | A | Interest | J | T | | | | | |
| 16. WF Advantage Money Market Daily Class | A | Interest | K | T | | | | | |
| 17. PNC IRA - Cash | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Loren A. | 03/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America IRA - Cash | A | Interest | J | T | | | | | |
| 19. Sun National Bank IRA - Cash | A | Interest | J | T | | | | | |
| 20. Wachovia High Portfolio Money Market | A | Interest | K | T | | | | | |
| 21. TIAA CREF Deferred Annuity | A | Dividend | K | T | | | | | |
| 22. Conduent | A | Dividend | J | T | | | | | |
| 23. Columbia Dividend Inc. Fund | A | Dividend | K | T | | | | | |
| 24. Goldman Sachs TR Income Builder | B | Dividend | L | T | | | | | |
| 25. Loomis Sayles Strategic Income Fund | B | Dividend | K | T | | | | | |
| 26. Goldman Sachs Growth & Income Fund | A | Dividend | K | T | | | | | |
| 27. Univ. N. Mexico Bonds | A | Interest | K | T | | | | | |
| 28. Piedmont Municipal Power MFC Flexsharer TR 1Boxx 3 Year Target | A | Interest | J | T | | | | | |
| 29. Duration Tip Index | A | Interest | K | T | | | | | |
| 30. Flexshares TR Morningstar Global Commodities Fund | A | Dividend | L | T | | | | | |
| 31. MFB Northern Funds Active M US Equity (NMUSX) | A | Dividend | K | T | | | | | |
| 32. MFB Northern Funds STK Index FD (NOSIX) | C | Dividend | M | T | | | | | |
| 33. MFB Northern Funds Multi Manager Global Listed Infrastructure Fund | A | Dividend | K | T | | | | | |
| 34. MFB Northern Funds Small Cap Core Fund (NSGRX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Loren A. | 03/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFB Northern Active M International Equity Fund (NMIEX) | B | Dividend | L | T | | | | | |
| 36. MFB Northern FDS Active M Emerging Markets Equity Fund (NMMEX) | A | Dividend | K | T | | | | | |
| 37. MFB Northern High Yield Fixed Income Fund (NHFIX) | C | Interest | L | T | | | | | |
| 38. University N Mex UNIV REVS REF-SER A | A | Interest | K | T | | | | | |
| 39. Piedmont Mun Pwr Agy S C Elec Rev | A | Interest | J | T | | | | | |
| 40. MFB Northern Funds Inter Tax Exempt FD (NOITX) | C | Interest | J | T | | | | | |
| 41. MFC Flexshares TR IBOXX 3 YR Target Duration TIPS Index FD (TDTT) | A | Dividend | K | T | | | | | |
| 42. MFB Northern FDS Multi Manager Global Real EState FD (NMMGX) | B | Dividend | K | T | | | | | |
| 43. MFC Flexshares TR Morningstar Global Upstream Nat Res Index FD (GUNR) | A | Dividend | L | T | | | | | |
| 44. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Loren A. | 03/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2015 I inherited 50 percent of my mother's estate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Loren A. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544